IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES,
ADC #70147                                                                                               PLAINTIFF

v.                                         5:12-cv-00423-JLH-JTK

DARRYL GOLDEN, et al.                                                                          DEFENDANTS

## ORDER

Plaintiff, a state inmate incarcerated at the Varner Super Max Unit of the Arkansas Department of Correction (ADC), filed this action pursuant to 42 U.S.C. § 1983 and paid the $350.00 filing fee (Doc. No. 4).

However, since Plaintiff is incarcerated, he and the Court must rely on the United States Marshal Service for the issuance of summons and service of the Complaint on the Defendants. Therefore, Plaintiff must first submit a completed in forma pauperis application prior to this Court's ruling on the issuance of summons in this action. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff file an application to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint. See Local Rule 5.5(c)(2). The Clerk of the Court is hereby directed to forward to the Plaintiff an in forma pauperis application.

IT IS SO ORDERED this 22nd day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1