IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES,     PLAINTIFF
ADC #70147

v.     5:12CV00423-JLH-JTK

DARRYL GOLDEN, et al.,     DEFENDANTS

**ORDER**

Plaintiff's Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. No. 24) is GRANTED. Plaintiff's response shall be filed no later than April 15, 2013. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

Defendants' Motion to Stay Discovery, pending a resolution of the Motion to Dismiss (Doc. No. 23) is GRANTED.[1]

IT IS SO ORDERED this 26th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not indicate an objection to this Motion in his Motion for Extension of Time (Doc. No. 24).