# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LARRY WAYNE JONES,                                                                          PLAINTIFF
ADC #70147

v.                                           5:12CV00423-JLH-JTK

DARRYL GOLDEN, et al.                                                                     DEFENDANTS

## ORDER

Defendants' Motion to Stay Discovery (Doc. No. 36), pending ruling on their Motion to Dismiss Plaintiff's Amended Complaint, is GRANTED.

IT IS SO ORDERED this 16th day of May, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE