**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY WAYNE JONES,                                                                                  PLAINTIFF
ADC #70147

v.                                      No. 5:12CV00423-JLH-JTK

DARRYL GOLDEN, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for partial summary judgment is DENIED. Document #72.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE