# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY WAYNE JONES,　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #70147

v.　　　　　　　　　　　　No. 5:12CV00423-JLH-JTK

DARRYL GOLDEN, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety, except the final sentence before the conclusion, which is dictum. Accordingly,

IT IS, THEREFORE, ORDERED that defendants have judgment over plaintiff on his First Amendment and Fourteenth Amendment claims, and that plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE